**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **YAN DING,**<br><br>Plaintiff,<br><br>v.<br><br>**THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"**<br><br>Defendants. | **Civil Action No. 4:25-cv-517** |

## EXHIBIT A – SEALED DOCUMENT

This document is being filed under seal with a motion for leave to file documents under Seal. A full version of Exhibit A will be filed separately under seal and will remain under seal until further order of this court.

|  |  |
|---|---|
| DATED May 15, 2025. | Respectfully submitted,<br><br>By: /s/ Hao Ni<br>Hao Ni<br>Texas Bar No. 24047205<br>hni@nilawfirm.com<br><br>**NI, WANG & MASSAND, PLLC**<br>8140 Walnut Hill Ln., Ste. 615<br>Dallas, TX 75231<br>Tel: (972) 331-4600<br>Fax: (972) 314-0900<br><br>*Counsel for Plaintiff* |