# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **YAN DING,** Plaintiff, v. **THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"** Defendants. | **Civil Action No. 4:25-cv-517** |

## EXHIBIT B – SEALED DOCUMENT

This document is being filed under seal with a motion for leave to file documents under Seal. A full version of Exhibit B will be filed separately under seal and will remain under seal until further order of this court.

DATED May 15, 2025.                    Respectfully submitted,

                                       By: /s/ Hao Ni
                                       Hao Ni
                                       Texas Bar No. 24047205
                                       hni@nilawfirm.com

                                       **NI, WANG & MASSAND, PLLC**
                                       8140 Walnut Hill Ln., Ste. 615
                                       Dallas, TX 75231
                                       Tel: (972) 331-4600
                                       Fax: (972) 314-0900

                                       *Counsel for Plaintiff*