# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| YAN DING,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br><br>Defendants. | Civil Action No. 4:25-cv-517 |

## NOTICE OF APPEARANCE OF STEVENSON MOORE

Notice is hereby given that the undersigned attorney, Stevenson Moore, enters his appearance in this matter for Plaintiff, Yan Ding, for the purpose of receiving notices and orders from the Court.

DATED June 19, 2025.

Respectfully submitted,

By: /s/ Stevenson Moore
Stevenson Moore
Texas Bar No. 24076573
smoore@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of June, 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                              */s/ Stevenson Moore*
                                                              Stevenson Moore