# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| YAN DING, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:25-cv-517 |
| THE PARTNERSHIPS and | § | Judge Mazzant |
| UNINCORPORATED | § | |
| ASSOCIATIONS IDENTIFIED on | § | |
| SCHEDULE "A", | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Pending before the Court is Defendants Nos. 1, 2, and 4's Motion to Dissolve *Ex Parte* Temporary Restraining Order and Supporting Memorandum of Law (Dkt. #15). Having considered the Motion and the relevant pleadings, the Court finds that the Motion filed by Defendant No. 1 ("NUOLI Furniture"), Defendant No. 2 ("NUOLI Office Furniture"), and Defendant No. 4 ("NUOLI-US") should be **GRANTED**.

1. The Sealed Temporary Restraining Order ("TRO") entered by this Court on June 9, 2025 (Dkt. #9) is hereby dissolved in its entirety as to Defendants No. 1, No. 2, and No. 4.

2. All injunctive provisions of the TRO—including, but not limited to the prohibitions against the manufacturing, importing, distributing, offering for sale, or selling of allegedly infringing products, unfair competition, and operation of online storefronts—are hereby vacated and shall no longer apply to Defendants No. 1, 2, and 4.

3. All restraints on assets and financial accounts imposed by the TRO are hereby lifted with respect to Defendants No. 1, 2, and 4. Third parties with actual notice of the TRO, including but not limited to Amazon.com, Gigab2b.com, and all financial institutions or payment processors,

are hereby directed to unfreeze and release any inventory, assets, accounts, or funds belonging to these Defendants.

4. The TRO's requirements for expedited discovery, including disclosure of account and contact information by third parties, are hereby terminated as to Defendants No. 1, 2, and 4.

5. All restrictions imposed by the TRO on the use of online marketplace accounts or websites operated by Defendants No. 1, 2, and 4 are hereby dissolved.

6. Plaintiff shall promptly notify all relevant third parties, including Amazon.com, Gigab2b.com, and affected financial institutions, of the entry of this Order within twenty-four hours.

It is therefore **ORDERED** that Defendants Nos. 1, 2, and 4's Motion to Dissolve *Ex Parte* Temporary Restraining Order and Supporting Memorandum of Law (Dkt. #15) is hereby **GRANTED**.

**IT IS SO ORDERED.**

SIGNED this 7th day of July, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE