IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **YAN DING,**<br><br>Yan Ding,<br><br>v.<br><br>**THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"**<br><br>Counterclaim Plaintiffs | Civil Action No. 4:25-cv-517<br><br>Jury Trial Demanded |

## PROOF OF SERVICE

Counterclaim Plaintiffs NUOLI Furniture Co., NUOLI Office Furniture Co., NUOLI-US, and Bazhoushi Nuolijiaju Youxiangongsi (collectively, "Counterclaim Plaintiffs") hereby file this Proof of Service, attached hereto as Exhibit 1, regarding service upon Counterclaim Defendant Langfangbaisinuojiajuyouxiangongsi d/b/a "BOSN".

DATED: September 14, 2025  Respectfully submitted,

By: /s/ Hongchang Deng
Hongchang Deng
LEAD ATTORNEY
California Bar No. 354529
SHM LAW FIRM
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
M: +267 8888281
Email: Deng.hongchang@shm.law

*Attorney for Counterclaim Plaintiffs NUOLI Furniture Co., NUOLI Office Furniture Co., NUOLI-US, and BazhoushiNuolijiajuYouxiangongsi*

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record. In addition, a courtesy copy was sent via email to counsel for Counterclaim Defendant Langfangbaisinuojiajuyouxiangongsi d/b/a "BOSN":

Hao Ni, Ni, Wang & Massand, PLLC  —  hni@nilawfirm.com

/s/ Hongchang Deng
Hongchang Deng

# Exhibit 1

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-517

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LANGFANGBAISINUOJIAJUYOUXIANGONGSI d/b/a BOSN
was received by me on *(date)* 8/11/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* On August 4, 2025, I emailed Attorney Hao Ni (hni@nilawfirm.com) to inquire whether he was authorized to accept service on behalf of BOSN. On September 5, 2025, Attorney Hao Ni confirmed that he was authorized to accept service for BOSN. That same day, we served the summons and counterclaims complaint on Attorney Hao Ni.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 09/05/2025

/s/ Hongchang Deng
*Server's signature*

Hongchang Deng
*Printed name and title*

SHM Law Firm
25f, China Resources Tower
2666 Keyuan South Rd, Nanshan Shenzhen, China, 518052
*Server's address*

Additional information regarding attempted service, etc: