# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Yan Ding
                        Plaintiff,

v.                           Case No.: 1:24−cv−11528
                          Honorable Joan B. Gottschall

Ba Zhou Shi Nuo Li Jia Ju You Xian Gong Si, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 6, 2024:

    MINUTE entry before the Honorable Joan B. Gottschall: Enter standing order in schedule A cases ("standing order"). Plaintiff's motion [11] for temporary restraining order is denied without prejudice because the instant motion and accompanying papers do not comply with ¶¶ 1, 3, and 6−8 of the standing order. Any refiled motion must comply with the standing order. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.