IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| YAN DING,<br><br>                Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A"<br><br>                Defendants. | Civil Action No. 4:25-cv-517 |

**Order Denying Motion for Wrongful Temporary Restraining Order Damages**

CAME ON TO BE HEARD Defendants' Motion for Wrongful Temporary Restraining Order Damages.  Having considered the Motion, the Court is of the opinion that it should be DENIED.

It is, therefore, ORDERED, that the Motion is DENIED.